IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01255-OES

DARRELL GREEN,

    Plaintiff,

v.

WARDEN H. RIOS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    This matter is before the Court on the motion for clarification submitted by Plaintiff Darrell Green and filed by the Court on July 13, 2005. The motion is GRANTED. Habeas corpus actions are not exempt from a filing fee. *See* 28 U.S.C. § 1914(a). However, the instant lawsuit is a civil rights action, not a habeas corpus action despite Mr. Green's reference to 28 U.S.C. § 2241 as the basis for jurisdiction. Therefore, Plaintiff shall have **thirty (30) days from the date of this minute order** in which to pay the $250.00 filing fee or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Dated: July 14, 2005

Copies of this Minute Order mailed on July 14, 2005, to the following:

Darrell Green
Reg. No. 49957-004
USP – Florence
PO Box 7000
Florence, CO 81226

                                           Secretary/Deputy Clerk