IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01255-ZLW

DARRELL L. GREEN,

      Plaintiff,

v.

WARDEN H. RIOS,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Plaintiff's motion for an emergency injunction filed on August 26, 2005. In an order entered on August 26 and filed on August 29, 2005, this action was dismissed without prejudice for failure to cure. Therefore, the motion for an emergency injunction is DENIED as moot.
Dated: September 1, 2005

---

Copies of this Minute Order mailed on September 1, 2005, to the following:

Darrell L. Green
Reg. No. 49957-004
USP – Florence
PO Box 7000
Florence, CO 81226

                                        Secretary/Deputy Clerk